IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD GREEN,

    Plaintiff,

v.                                                 Case No. 2:2-cv- 02675-MSN-tmp

ANGELA OWENS,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed September 4, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Respondent's Motion to Dismiss Petition, filed September 22, 2021, (ECF No. 38), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:    September 28, 2021